IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOLLY KILGORE,

    Petitioner,

vs.

DEBORAH PATRICK, Warden,

    Respondent.

No. CIV S-07-1113 FCD DAD P

1:07-CV-0872 OWW DLB HC

ORDER

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This case was transferred to this court from the U.S. District Court for the Northern District of California. In her application, petitioner challenges a 2003 denial of parole in her case. Petitioner is now, and was at the time she filed her petition, incarcerated at the Central California Women's Facility in Chowchilla, which is located in Madera County. Her parole suitability hearing was also held there. Madera County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

    Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

/////

(HC) Kilgore v. Patrick      Doc. 3

division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: June 15, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
kilg1113.109

2